# All Transactions

| | | | |
|---|---|---|---|
| Inmate Reg #: | 40948018 | Current Institution: | Lexington FMC |
| Inmate Name: | RICHES, JONATHAN | Housing Unit: | LEX-Z-A |
| Report Date: | 01/11/2011 | Living Quarters: | Z01-005LDS |
| Report Time: | 3:43:41 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 1/6/2011 5:03:33 PM | Sales - No FP (Non-FP Institution) | ($3.55) | 57 | | $8.96 |
| 1/1/2011 12:10:59 AM | PLRA Payment | ($0.05) | HWILD040 | 782 | $12.51 |
| 1/1/2011 12:10:59 AM | Debt Encumbrance - Released | $2.00 | HWILD044 - 1239 | | |
| 1/1/2011 12:10:59 AM | Debt Encumbrance - Released | $2.00 | HWILD043 - 1238 | | |
| 1/1/2011 12:10:59 AM | Debt Encumbrance - Released | $2.00 | HWILD042 - 1237 | | |
| 1/1/2011 12:10:59 AM | Debt Encumbrance - Released | $2.00 | HWILD041 - 1236 | | |
| 1/1/2011 12:10:59 AM | Debt Encumbrance - Released | $2.00 | HWILD040 - 1235 | | |
| 12/30/2010 9:56:00 AM | Sales - No FP (Non-FP Institution) | ($0.45) | 16 | | $12.56 |
| 12/22/2010 1:33:42 PM | Sales - No FP (Non-FP Institution) | $0.00 | 33 | | $13.01 |
| 12/18/2010 5:29:01 AM | Debt Encumbrance | ($2.00) | HWILD044 - 1239 | | |
| 12/18/2010 5:29:01 AM | Debt Encumbrance | ($2.00) | HWILD043 - 1238 | | |
| 12/18/2010 5:29:01 AM | Debt Encumbrance | ($2.00) | HWILD042 - 1237 | | |
| 12/18/2010 5:29:01 AM | Debt Encumbrance | ($2.00) | HWILD041 - 1236 | | |
| 12/18/2010 5:29:01 AM | Debt Encumbrance | ($2.00) | HWILD040 - 1235 | | |
| 12/18/2010 5:29:01 AM | Lockbox - CD | $10.00 | 70173201 | | $13.01 |
| 12/16/2010 6:07:25 PM | Sales - No FP (Non-FP Institution) | ($3.55) | 67 | | $3.01 |
| 12/9/2010 2:12:57 PM | Sales - No FP (Non-FP Institution) | ($2.40) | 8 | | $6.56 |
| 12/3/2010 9:16:27 AM | Sales - No FP (Non-FP Institution) | ($3.55) | 27 | | $8.96 |
| 12/1/2010 12:10:36 AM | PLRA Payment | ($0.10) | HWILD040 | 511 | $12.51 |
| 12/1/2010 12:10:36 AM | Debt Encumbrance - Released | $2.00 | HWILD044 - 811 | | |
| 12/1/2010 12:10:36 AM | Debt Encumbrance - Released | $2.00 | HWILD043 - 810 | | |
| 12/1/2010 12:10:36 AM | Debt Encumbrance - Released | $2.00 | HWILD042 - 809 | | |
| 12/1/2010 12:10:36 AM | Debt Encumbrance - Released | $2.00 | HWILD041 - 808 | | |
| 12/1/2010 12:10:36 AM | Debt Encumbrance - Released | $2.00 | HWILD040 - 807 | | |
| 11/18/2010 1:21:08 PM | Sales - No FP (Non-FP Institution) | ($0.30) | 12 | | $12.61 |
| 11/14/2010 5:18:20 AM | Debt Encumbrance | ($2.00) | HWILD044 - 811 | | |
| 11/14/2010 5:18:20 AM | Debt Encumbrance | ($2.00) | HWILD043 - 810 | | |
| 11/14/2010 5:18:20 AM | Debt Encumbrance | ($2.00) | HWILD042 - 809 | | |
| 11/14/2010 5:18:20 AM | Debt Encumbrance | ($2.00) | HWILD041 - 808 | | |
| 11/14/2010 5:18:20 AM | Debt Encumbrance | ($2.00) | HWILD040 - 807 | | |
| 11/14/2010 5:18:20 AM | Lockbox - CD | $10.00 | 70170802 | | $12.91 |
| 11/13/2010 2:10:12 PM | Phone Withdrawal | ($2.00) | TFN1113 | | $2.91 |
| 11/12/2010 8:12:06 AM | Sales - No FP (Non-FP Institution) | ($1.80) | 3 | | $4.91 |
| 11/8/2010 9:29:53 AM | Inmate Co-pay | ($2.00) | KICP1110 | | $6.71 |
| 11/8/2010 9:29:37 AM | Inmate Co-pay | ($2.00) | KICP1110 | | $8.71 |
| 11/4/2010 4:28:36 PM | Sales - No FP (Non-FP Institution) | ($1.80) | 54 | | $10.71 |
| 11/1/2010 12:10:33 AM | PLRA Payment | $0.00 | HWILD040 | | $12.51 |
| 11/1/2010 12:10:33 AM | Debt Encumbrance - Released | $2.00 | HWILD044 - 171 | | |
| 11/1/2010 12:10:33 AM | Debt Encumbrance - Released | $2.00 | HWILD043 - 170 | | |
| | | | HWILD042 | | |