UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA

RECEIVED
JAN 24 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

Jonathan Lee Riches a/k/a
Jared Lee Loughner,
Plaintiff

CASE NO

v.

Cam Newton a/k/a Auburn Tigers QuarterBack;
Cecil Newton;
Bowl championships Series a/k/a BCS;
Gene chizik;
Southeastern Conference a/k/a Sec;
Nick FairLey,
Defendants

Preliminary Injunction, Temporary Restraining order
TRO
28 USC 1331
Under the whistle Blowing Act

My Name is Jonathan Lee Riches a/k/a Jared Lee Loughner, but not the Loughner from Arizona, I face imminent danger and Bodily harm from CAm newton and the Defendants. I'm a federal whistle blower cooperating with the NCAA and FBI on past Behaviors that Cam Newton, his father cecil, Auburn tigers head coach Gene chizik committed which makes cam Newton ineligible for the entire 2010-2011 season and for him to return the Heisman, I move to have Cam Newtons Heisman to be removed from Newtons possession and for me to hold it safe with me in my cell in Solitary confinement at the federal medical center in lexington Kentucky where I'm illegally being detained. I'm a convicted computer Hacker and I discovered a Ebay-pay-for-play scam Regarding Cam Newton and his father, where cecil Newton decided to Auction off his son Cam Newton on Ebay for the highest Bidder, in which Numerous Colleges made bids for cam Newton while he was being pimped on Ebay. Cam Newton was Advertised in Ebays sports memorbilia Section, his Auction was titled "Black Quarterback" and

riginally had a $1 dollar min bid with no reserve. It had a Picture of
am Newton in Huggies without a shirt. The Description says "Black Quarterback
am Newton willing to play college football for any university at the highest
id. Newton is a tall Black Stud, chocolate complection, cocoa butter
tained willing to be your starting Quarterback, min bid is $1, proceeds
o the winner will be used for religious purposes at cecil Newtons church.
I discovered this Auction on my Apple I-phone that I smuggled in prison
n 2/14/10 and I saw all the bids for cam Newton. For example, screen
ame JoePA_PSU made a $105,000 Bid, this was from Paterno at PennState,
hen OSCAR_MEYER69 made a $111,010 Bid, which I discovered belonged
o coach Urban Meyer of the florida Gators. I saw screen name MR. Potato_Head,
hich belonged to Boise st. coach Peterson who did a $125,000 Bid,
ick_Nolte_Bluechips did a $153,000 bid, Eliot_spitzeR thought he was bidding
n craigslist and Coach Gene chizik won the Ebay auction of cam Newton for
$175,000 to play for the Auburn Tigers excluding shipping. This is fraud of
e American people, also cecil Newton was supposed to used the $175,000 winnings
or his church, but instead Newton is using the money for Defense funds for
olygamist Warren Jeffs. cecil Newton stole my capital one no hassle card
get a $125 dollar BCS championship Game ticket on StuBhub. I lived
 florida before I came to prison, and cam Newton stole my LaB Top and
y Given Sunday Dvd. Cecil Newton prayed on a Mc Hammer video.
am Newton shoplifted Fig Newtons from Kroger. Cam Newton slept
ith cam Diaz and cam cuminetti's Bull park franks. FMC lexington
Denied me a Prison furlough to Attend the BCS game Auburn v. Oregon,
hich is discrimination because I'm a felon. Cam Newton also has
awrence Phillips ears. Now cam Newton is threatening to shove a football
own my throat to silence me from whistleblowing. I seek protection, a
estraining order, I seek cam Newton's and Reggie Bush's Heisman trophy.
I pray this court will grant my INJunction for relief.

respectfully

[signature] 9/11/10

Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
lexington, KY 40512
859-255-6812