IN THE UNITED STATES DISTRICT COURT
for the
DISTRICT OF MONTANA

RECEIVED
JUN 13
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS MONTANA

Riches,
Plaintiff(s),

vs.

Case No. CV 11-00009-BLG

Cam Newton, et al.,
Defendants

Christopher Donnelly, Intervenor,
Edward Breivik, Intervenor,
Marcus Hayes, Intervenor,
Bob Cooney, Intervenor,
Sam Donnllon, Intervenor,
Rich Hoffman, Intervenor,
Ryan Lawerence, Intervenor,
Les Bowen, Intervenor,
Ed Barkowitz, Intervenor,
Andrew Albert, Intervenor,
Jake Kaplan, Intervenor,
Dick Jeradi, Intervenor,

MOTION TO INTERVENE AS PLAINTIFFS WITH
NEWLY DISCOVERED EVIDENCE UNDER RULE 24(a)(2)

Intervenors move to submit newly discovered evidence. Movants intervention provides questions of laws and facts that are common in this action.

Intervenors have a common vested interest in support of Plaintiff Riches claims. Movants pray for relief.

Respectfully,

5/30/14
Edward Breivik
1566 Lawrence Rd.
Lawerence, NJ 08648

5-22-14
Bob Cooney
801 Market St.
Ste 300
Philadelphia, PA 19107

5/22/14
Sam Donnellon
801 Market St.
Ste. 300
Philadelphia, PA 19107

5-22-14
Ryan Lawerence
801 Market St.
Ste 300
Philadelphia, PA 19107

5/22/14
Ed Barkowitz
801 Market St.
Ste. 300
Philadelphia, PA 19107

5/22/14
Jake Kaplan
801 Market St.
Ste. 300
Philadelphia, PA 19107

6/1/14
Christopher Donnelly
JK5048
301 Institution Dr.
Bellefonte, PA 16823

5/22/2014
Marcus Hayes
801 Market St.
Ste 300
Philadelphia, PA 19107

5-22-14
Rich Hoffman
801 Market St.
Ste. 300
Philadelphia, PA 19107

5-22-14
Les Bowen
801 Market St.
Ste. 300
Philadelphia, PA 19107

5-22-14
Andrew Albert
801 Market St.
Ste. 300
Philadelphia, PA 19107

5-22-14
Dick Jeradi
801 Market St.
Ste. 300
Philadelphia, PA 19107