11-9

The IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>Plaintiff,<br><br>vs.<br><br>CAM NEWTON, et al.,<br><br>Defendants. | CV 11-00009-BLG-RFC-CSO<br><br>ORDER |

On January 26, 2011, the Court entered judgment after Plaintiff Jonathan Riches' Motion to Proceed in Forma Pauperis was denied pursuant to the three strikes provision of 28 U.S.C. § 1915(a). *ECF 3, 4*. The case was closed.

On June 13, 2014, the Court received a document captioned "Motion to Intervene as Plaintiffs with Newly Discovered Evidence under Rule 24(a)(2)." *ECF 5*. Because this matter is closed, however, there is no action in which to intervene. Accordingly, the Motion (*ECF 5*) is DENIED AS MOOT. The Clerk of Court is directed to discard any additional motions to intervene.

DATED this 23rd day of June, 2014.

/s/ Carolyn S. Ostby
United States Magistrate Judge